EARL XAIZ, #3572
YENGICH, RICH & XAIZ
Attorneys for Defendant
175 East 400 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 355-0320

## IN THE UNITED STATES DISTRICT COURT, CENTRAL DIVISION
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | **ORDER OF CONTINUANCE** |
| | **18 U.S.C. § 3161(h)(8)(A)** |
| Plaintiff, | |
| vs. | |
| AUGUSTUS CARTER, | Case No. 2:02 CR 0390 DAK |
| Defendant. | Honorable Dale A. Kimball |

The Court, based on motion of counsel, hereby orders that trial in this matter be continued. The Court specifically finds that the ends of justice served by continuing this matter outweigh the best interest of the public and the defendant in a speedy trial. In addition, the Court hereby determines that the period of delay caused by a continuance is excludable in computing the time within which the trial in this matter must commence pursuant to 18 U.S.C. § 3161.

The Order of Continuance, which is based on the specific factor delineated in 18 U.S.C. § 3161(h)(8)(B)(iv), is ordered because failure to grant a continuance in this case would deny the defendant and his counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence. Since defense counsel requests additional time because of scheduling conflicts, the Court finds that due diligence has been exercised in this matter by all parties.

Therefore, it is hereby ordered that the trial in this matter, currently set for the 6th day of January, 2003, be continued and that a new trial be set to commence on the 6th day of March, 2003, at the hour of 8:30 a.m.

SIGNED BY MY HAND this 20th day of December, 2002.

DALE A. KIMBALL
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the foregoing Order of Continuance 18 U.S.C. § 3161(h)(8)(A), on the case styled *United States of America v. Augustus Carter*, postage prepaid, this _____ day of December, 2002, to the following:

Earl Xaiz
YENGICH, RICH & XAIZ
175 East 400 South, Ste 400
Salt Lake City, Utah 84111

John W. Huber
Assistant United States Attorney
United States Attorney's Office
185 S. State St., #400
Salt Lake City, UT 84111

_____

C:\Earl\Carter, Augustus\1102085\Carter - cont.ord.wpd

United States District Court
for the
District of Utah
December 23, 2002

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:02-cr-00390

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    John W Huber, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Terry R. Spencer, Esq.
    140 W 9000 S #9
    SANDY, UT  84070
    JFAX 9,5625151

    Mr. Earl G Xaiz, Esq.
    YENGICH RICH & XAIZ
    175 E 400 S STE 400
    SALT LAKE CITY, UT  84111
    JFAX 9,3646026

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    EMAIL